IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

Ray Anthony Walston

        Plaintiff,                No. CIV S-04-2338 DFL CMK P

   vs.

Edward S. Alameida, Jr. et al.,

       Defendants.        FINDINGS & RECOMMENDATIONS

_____/

       Plaintiff is a state prisoner who is proceeding pro se and in forma pauperis. Plaintiff seeks relief pursuant to 42 U.S.C. § 1983.

       By order filed December 20, 2005, the court dismissed plaintiff's claims with leave to amend the complaint within thirty days. The thirty day period has now expired, and plaintiff has not filed an amended complaint or otherwise responded to the court's order.

       Accordingly, IT IS HEREBY RECOMMENDED that plaintiff's complaint be dismissed without prejudice. See Local Rule 11-110; Fed. R. Civ. P. 41(b).

       These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of Title 28 U.S.C. § 636(b)(l). Within twenty days after being served with these findings and recommendations, plaintiff may file written objections with the court. The document should be captioned "Objections to Magistrate

1

1  Judge's Findings and Recommendations."  Plaintiff is advised that failure to file objections
2  within the specified time may waive the right to appeal the District Court's order.  <u>Martinez v.
3  Ylst</u>, 951 F.2d 1153 (9th Cir. 1991).

5  DATED:   October 24, 2005.

_____
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE