IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RAY ANTHONY WALSTON,

        Plaintiff,                    No. CIV S-04-2338 DFL CMK P

    vs.

EDWARD S. ALAMEIDA, Jr, et al.,

        Defendants.

_____/        <u>ORDER</u>

        Plaintiff brings this civil rights action pursuant to 42 U.S.C. § 1983.  This proceeding was referred to the undersigned by Local Rule 72-302 by the authority of 28 U.S.C. § 636(b)(1).

        On October 26, 2005, the court filed findings and recommendations recommending that this action be dismissed for plaintiff's failure to file an amended complaint.  On November 16, 2005, plaintiff filed objections to the findings and recommendations stating that he had failed to comply with the court's order to file an amended complaint due to, among other things, prison lockdowns.  In his objections, plaintiff sought another extension to file an amended complaint.

///

///

///

1  In an abundance of caution, the court vacates the findings and recommendations
2 filed on October 26, 2005. (Doc. 5.)  The court grants plaintiff thirty days from the date of this
3 order to file an amended complaint.
4  IT IS SO ORDERED.
5
6 DATED:   June 21, 2006.
7
8  /s/ Craig M. Kellison
   **CRAIG M. KELLISON**
9  UNITED STATES MAGISTRATE JUDGE

2