IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAY ANTHONY WALSTON,<br><br>          Plaintiff,<br><br>vs.<br><br>ALAMEIDA, JR., *et al.*,<br><br>          Defendants. | No. 2:04-cv-02338-JKS-CMK<br><br>ORDER |

      Plaintiff, a state prisoner proceeding *pro se*, filed this civil rights action under 28 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

      On June 8, 2007, the Magistrate Judge filed Findings and Recommendations herein which were served on all parties and which contained notice to all parties that any objections to the Findings and Recommendations were to be filed within twenty days.  No objections to the Findings and Recommendations have been filed.

      In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 72-304, this Court has reviewed the record on its face and finds no clear error.

      Accordingly, IT IS HEREBY ORDERED THAT:

1.    The Findings and Recommendations filed June 8, 2007, are adopted in full;
2.    The complaint on file herein is hereby DISMISSED, without prejudice; and
3.    The Clerk of the Court to enter final judgment accordingly.

      Dated:  January 9, 2008

                                                                           s/ James K. Singleton, Jr.<br>
                                                                           JAMES K. SINGLETON, JR.<br>
                                                                           United States District Judge